UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| COLLINS, EDWARD A | § | Case No. 09-47642 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/29/2010 in Courtroom 642,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/23/2010     By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: kseldon              Page 1 of 2                   Date Rcvd: Aug 24, 2010
Case: 09-47642                Form ID: pdf006            Total Noticed: 27

The following entities were noticed by first class mail on Aug 26, 2010.
db           +Edward A Collins,    3440 N. Lake Shore Drive,    Apt. 6E,    Chicago, IL 60657-2845
aty          +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
               Chicago, IL 60604-3536
aty          +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
               Chicago, IL 60604-3536
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3278
aty          +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty          +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
               Chicago, IL 60604-3536
tr           +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
14858442      American Express,    P.O. Box 360001,    Fort Lauderdale, FL 33336-0001
15280950      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14858443      Baker & Miller,    29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-2854
14858444      Bank of America,    P.O. Box 60578,    c/o Midland Credit Management,    Los Angeles, CA 90060-0578
14858445     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
15100371      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
14858448      Discover Bank,    c/o Baker & Miller,    29 N. Wacker Drive, 5th Floor,    Chicago, IL 60606-2854
14858449     +Freedman Anselmo Lindberg & Rappe L,    1807 W. Diehl Rd.,    PO Box 3228,
               Naperville, IL 60566-3228
14858447    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury/IRS,    c/o Centralized Insolvency Oper.,
               PO Box 21126,    Philadelphia, PA 19114)
14858451    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
               PO Box 21126,    Philadelphia, PA 19114)
14858452     +MCM,   Dept. 12421,    PO Box 603,    Oaks, PA 19456-0603
15449300     +Midland Credit Management, Inc.,    8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14858453     +Midland Credit/Sal.Smit Barney Visa,    c/o MCM Bowman, Heintz et al,    8605 Broadway,
               Merrillville, IN 46410-7033
14858454     +Morris Collins,    3440 N. Lake Shore Dr.,    Chicago, IL 60657-2818
14858457     +National City Bank,    P.O. Box 1090,    c/o Hudson & Keyse, LLC,    Mentor, OH 44061-1090
14858458      Northwestern Medical Faculty,    38693 Eagle Way,    Chicago, IL 60678-1386
14858459      Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
14858460    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates LLC,    P.O. Box 12914,
               Norfolk, VA 23541)
14858461     +Providian National Bank,    P.O. Box 12914,    c/o Portfolio Recovery Associates,
               Norfolk, VA 23541-0914
14858462      Revenue Production Management,    Dept. 77308,    PO Box 77000,    Detroit, MI 48277-0307

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14858463      Unknown Creditors
14858455*    +Morris Collins,    3440 N. Lake Shore Dr.,    Chicago, IL 60657-2818
14858456*    +Morris Collins,    3440 N. Lake Shore Dr.,    Chicago, IL 60657-2818
14858446    ##Capital One Bank,    P.O. Box 790216,    Saint Louis, MO 63179-0216
14858450   ##+Harris & Harris Ltd,    600 W. Jackson Blvd, Suite 400,    Chicago, IL 60661-5675
                                                                                 TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1           User: kseldon              Page 2 of 2              Date Rcvd: Aug 24, 2010
Case: 09-47642                 Form ID: pdf006            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2010**            **Signature:**    _Joseph Speetjens_