UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                            §
                                                  §
COLLINS, EDWARD A                                 §          Case No. 09-47642
                                                  §
         Debtor(s)                                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Unknown Creditors | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | INTERNAL REVENUE SERVICE | | | | | |
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| | UNITED STATES TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 360001 Fort Lauderdale, FL 33336-0001 | | | | | |
| | Bank of America P.O. Box 60578 c/o Midland Credit Management Los Angeles, CA 90060-0578 | | | | | |
| | Capital One Bank P.O. Box 790216 Saint Louis, MO 63179-0216 | | | | | |
| | Discover Bank c/o Baker & Miller 29 N. Wacker Drive, 5th Floor Chicago, IL 60606-2854 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Kansas City, MO 64999 | | | | | |
| | Midland Credit/Sal.Smit Barney Visa c/o MCM Bowman, Heintz et al 8605 Broadway Merrillville, IN 46410 | | | | | |
| | Morris Collins 3440 N. Lake Shore Dr. Chicago, IL 60657 | | | | | |
| | Morris Collins 3440 N. Lake Shore Dr. Chicago, IL 60657 | | | | | |
| | Morris Collins 3440 N. Lake Shore Dr. Chicago, IL 60657 | | | | | |
| | National City Bank P.O. Box 1090 c/o Hudson & Keyse, LLC Mentor, OH 44061 | | | | | |
| | Northwestern Medical Faculty 38693 Eagle Way Chicago, IL 60678-1386 | | | | | |
| | Northwestern Memorial Hospital PO Box 73690 Chicago, IL 60673-7690 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Providian National Bank P.O. Box 12914 c/o Portfolio Recovery Associates Norfolk, VA 23541 | | | | | |
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-47642 | SPS | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | BARRY A. CHATZ |
| Case Name: | COLLINS, EDWARD A | | | Date Filed (f) or Converted (c): | 12/17/09 (f) |
| | | | | 341(a) Meeting Date: | 01/29/10 |
| For Period Ending: 09/16/11 | | | | Claims Bar Date: | 05/04/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 60.00 | 60.00 | DA | 0.00 | FA |
| 2. NORMAL CLOTHES | 100.00 | 100.00 | DA | 0.00 | FA |
| 3. LOCATION: SISTER IS EXECUTOR, HIGHLAND PARK, IL DE | 9,000.00 | 9,000.00 | DA | 8,794.58 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | DA | 0.98 | FA |

TOTALS (Excluding Unknown Values)    $9,160.00    $9,160.00    $8,795.56

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

WAITING FOR $0 BANK BALANCE STATEMENTS; PREPARE AND FILE FINAL ACCOUNT.

Initial Projected Date of Final Report (TFR): 09/30/10    Current Projected Date of Final Report (TFR): 02/28/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-47642 -SPS | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | COLLINS, EDWARD A | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0106 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8725 | | |
| For Period Ending: | 09/16/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/10 | 3 | ESTATE OF DORA COLLINS C/O ROBIN COLLINS GREENBERGER, GUARDIAN 1304 LINCOLN AVE. S HIGHLAND PARK, IL 60035 | INHERITANCE | 1129-000 | 8,767.91 | | 8,767.91 |
| 03/29/10 | 3 | ESTATE OF DORA COLLINS | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 26.67 | | 8,794.58 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 8,794.70 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,794.92 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,795.14 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,795.36 |
| 07/29/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 8,795.56 |
| 07/29/10 | | Transfer to Acct #*******6595 | Final Posting Transfer | 9999-000 | | 8,795.56 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,795.56 | 8,795.56 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,795.56 | |
| Subtotal | 8,795.56 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,795.56 | 0.00 | |

Page Subtotals   8,795.56   8,795.56

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-47642 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | COLLINS, EDWARD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6595 BofA - Checking Account |
| Taxpayer ID No: | *******8725 | | | |
| For Period Ending: | 09/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/29/10 | | Transfer from Acct #*******0106 | Transfer In From MMA Account | 9999-000 | 8,795.56 | | 8,795.56 |
| 07/29/10 | 003001 | Gregory K. Stern, P.C.<br>53 West Jackson Boulevard<br>Suite 1442<br>Chicago, IL 60604 | ATTORNEY FOR TRUSTEE<br>PER 7/27/10 COURT ORDER | 3210-000 | | 1,245.00 | 7,550.56 |
| 09/29/10 | 003002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 1,629.56 | 5,921.00 |
| 09/29/10 | 003003 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Expenses | 2200-000 | | 18.00 | 5,903.00 |
| * 09/29/10 | 003004 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000004B, Payment 63.23608% | 5800-003 | | 5,903.00 | 0.00 |
| 10/12/10 | 003005 | United States Bankruptcy Court | Claim 000004B, Payment 63.23608% | 5800-001 | -5,903.00 | | -5,903.00 |
| * 10/12/10 | 003004 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 21126<br>Philadelphia, PA 19114 | Claim 000004B, Payment 63.23608%<br>CHECK #3004 RETURNED BY IRS MARKED<br>"ACCOUNT PAID IN FULL" - FUNDS TO BE<br>TURNED OVER TO BK COURT | 5800-003 | | -5,903.00 | 0.00 |
| 06/16/11 | | UNITED STATES TREASURY<br>U.S. DISTRICT COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL 60604 | RECEIPT OF UNCLAIMED FUNDS FOR REDISTRIBUTION | 5800-000 | | -5,903.00 | 5,903.00 |
| 06/29/11 | 003006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Second Distribution - 11.32% | 7100-000 | | 668.22 | 5,234.78 |

Page Subtotals         2,892.56        -2,342.22

Ver: 16.02b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-47642 -SPS | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | COLLINS, EDWARD A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6595 BofA - Checking Account |
| Taxpayer ID No: | *******8725 | | | |
| For Period Ending: | 09/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/11 | 003007 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Second Distribution - 17.09% | 7100-000 | | 1,008.82 | 4,225.96 |
| 06/29/11 | 003008 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Second Distribution - 71.59% | 7100-000 | | 4,225.96 | 0.00 |

```
                                     COLUMN TOTALS                  2,892.56        2,892.56        0.00
                              Less: Bank Transfers/CD's              8,795.56            0.00
                                          Subtotal                  -5,903.00        2,892.56
                              Less: Payments to Debtors                                   0.00
                                             Net                    -5,903.00        2,892.56
```

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********0106 | 8,795.56 | 0.00 | 0.00 |
| BofA - Checking Account - ********6595 | -5,903.00 | 2,892.56 | 0.00 |
| | 2,892.56 | 2,892.56 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    5,234.78

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*